IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JAMES YARBROUGH and VICTOR LOPEZ-REED, et al., | * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 122-070 |
| GEORGIA-CAROLINA STUCCO, INC., | * * | |
| Defendant. | * * | |

**O R D E R**

Presently before the Court is the Parties' joint status report. (Doc. 36.) Pursuant to the Court's August 16, 2023 Order, the Parties were to file a revised motion for approval of settlement agreement by August 30, 2023, or submit a status report setting forth the status of their settlement. (See Doc. 35, at 17-18.)

In their joint status report, the Parties requested "an additional 21 days, through and including September 20, 2023, in which to submit a Revised Motion for Approval of Settlement Agreement." (Doc. 36, at 1-2.) The Court construes the Parties' filing as a motion for extension of time to comply with its August 16, 2023 Order.

Upon due consideration, the Parties' motion for extension of time is **GRANTED**. The Parties have until **WEDNESDAY, SEPTEMBER 20, 2023 at 5:00 P.M.** to file their revised motion for approval of settlement agreement addressing the issues discussed in the Court's August 16, 2023 Order. If the Parties are unable to meet this deadline, they must submit a status report setting forth the status of settlement discussions.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of September, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA