# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| JAMES YARBROUGH, | Civil Action File No. |
| | CV122-070 |
| Plaintiff, | |
| | |
| v. | **JOINT MOTION FOR FOURTH** |
| | **EXTENSION OF DISCOVERY AND** |
| GEORGIA-CAROLINA STUCCO, INC., | **MODIFICATION OF SCHEDULING** |
| | **ORDER** |
| Defendant. | |

NOW COME the plaintiff and the defendant and jointly move for an extension of discovery and modification of the Court's Scheduling Order, showing the Court as follows:

1. The close of discovery is set for May 14, 2025.

2. The parties have been pursuing discovery and discussing potential resolution of the matter. Specifically, counsel for the parties have engaged in detailed discussions concerning the specific claims at issue over a several-year period, the defenses to those claims, and possible means to resolve the issues involved. More recently, counsel for the parties have exchanged information concerning claims made by an additional former employee of the defendant, which has extended the scope of the parties' discussions.

3. The parties are of the belief that further discussions concerning resolution of this matter is in the best interests of the parties and is the most efficient use of the resources of the parties and the Court at this point.

4.	In order that the parties may continue to examine these issues and complete discovery if resolution is not possible, the parties request an additional two-month extension of discovery.

5.	This additional requested extension of discovery is not sought for any undue delay or improper purpose.

6.	Accordingly, the parties jointly request an additional two-month extension of discovery, through and including July 14, 2025.

WHEREFORE, the parties jointly request an extension of the above-referenced deadline and a modification of the Court's Scheduling Order accordingly.

This 14 day of May, 2025.

*/s/ Josh Sanford*
Josh Sanford
Arkansas Bar No. 2001037
Attorney for Plaintiff James Yarbrough

Of Counsel:
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste. 510
Little Rock, Arkansas 72211
(501) 221-0088 (telephone)
(888) 787-2040 (facsimile)

*/s/ James B. Ellington*
James B. Ellington
Georgia Bar No. 243858
Attorney for Defendant Georgia-Carolina Stucco, Inc.

Of Counsel:
Hull Barrett, PC
P.O. Box 1564
Augusta, Georgia  30903-1564
(706) 722-4481 (telephone)
(706) 722-9779 (facsimile)
jellington@hullbarrett.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing **Joint Motion for Fourth Extension of Discovery and Modification of Scheduling Order** with the Clerk of Court using the NextGen CM/ECF system and served upon counsel of record by electronic filing as follows:

Josh Sanford
Sean Short
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste. 510
Little Rock, Arkansas 72211
josh@sanfordlawfirm.com
sean@sanfordlawfirm.com

This 14 day of May 2025.

>                                   */s/ James B. Ellington*
>                                   James B. Ellington