**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

|  |  |  |
|---|---|---|
| JAMES YARBROUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV122-070 |
| | ) | |
| GEORGIA-CAROLINA STUCCO, | ) | |
| INC., | ) | |
| Defendant. | ) | |
| | ) | |

**REVISED SCHEDULING ORDER**

Having reviewed the parties' joint motion for an extension of time, the Court **GRANTS** the motion. (Doc. no. 53.)  The revised schedule is as follows:

| | |
|---|---|
| CLOSE OF DISCOVERY | July 14, 2025 |
| JOINT STATUS REPORT[1] | July 14, 2025 |
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, but EXCLUDING MOTIONS IN LIMINE | August 14, 2025 |

All provisions of the prior Scheduling Orders not revised herein shall remain in full force and effect.

SO ORDERED this _____ day of May, 2025, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] On the date the discovery period expires, the parties shall file a Joint Status Report, found on the Court's website under Forms, Judge Epps – Instructions and Forms, Civil, Joint Status Report Form – for Judge Hall / Judge Epps. Any extension of the discovery period automatically extends the Joint Status Report deadline.