IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JAMES YARBROUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 122-070 |
| | ) | |
| GEORGIA-CAROLINA STUCCO, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**REVISED SCHEDULING ORDER**

Having considered the parties' joint motion for an extension of time, the Court **GRANTS** the motion. (Doc. no. 53.) The revised schedule is as follows:

| | |
|---|---|
| CLOSE OF DISCOVERY | July 14, 2025 |
| JOINT STATUS REPORT[1] | July 14, 2025 |
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, but EXCLUDING MOTIONS IN LIMINE | August 13, 2025 |

All provisions of the prior Scheduling Orders not revised herein shall remain in full force and effect. Given the multiple extensions granted in this case and in recognition of the need for timely and efficient resolution of this case, the Court expects that no further requests for extensions will be made absent compelling, unforeseen circumstances.

SO ORDERED this 14th day of May, 2025, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] On the date the discovery period expires, the parties shall file a Joint Status Report, found on the Court's website under Forms, Judge Epps Instructions and Forms, Civil, Joint Status Report Form - for Judge Hall / Judge Epps. Any extension of the discovery period automatically extends the Joint Status Report deadline.