# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| JAMES YARBROUGH, ) ) Plaintiff, ) ) v. ) ) GEORGIA-CAROLINA STUCCO, ) INC., ) Defendant. ) | Civil Action File No. CV122-070  **APPLICATION FOR LEAVE OF COURT** |

COMES NOW James B. Ellington, counsel for the defendant Georgia-Carolina Stucco, Inc., pursuant to Local Rule 83.9, and requests the Court grant the undersigned a leave of absence from this Court for the dates of July 25 through and including August 11, 2025, for the purpose of a family vacation coupled with college visits.

Respectfully submitted this 9 day of June, 2025.

                                              */s/ James B. Ellington*
                                              James B. Ellington
                                              Georgia Bar No. 243858
                                              Attorney for Defendant Georgia-Carolina Stucco, Inc.

Of Counsel:
Hull Barrett, PC
P.O. Box 1564
Augusta, Georgia  30903-1564
(706) 722-4481 (telephone)
(706) 722-9779 (facsimile)
jellington@hullbarrett.com

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing **Application for Leave of Court** with the Clerk of Court using the NextGen CM/ECF system and served upon counsel of record by electronic filing as follows:

Josh Sanford
Sean Short
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste. 510
Little Rock, Arkansas 72211
josh@sanfordlawfirm.com
sean@sanfordlawfirm.com

This 9 day of June 2025.

*/s/ James B. Ellington*
James B. Ellington
