IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| JAMES YARBROUGH, | ) |
|     Plaintiff, | ) |
| v. | ) CV 122-070 |
| GEORGIA-CAROLINA STUCCO, INC., | ) |
|     Defendant. | ) |

**JOINT STATUS REPORT**

1. Do the parties agree mediation should be attempted prior to summary judgment motions, and all deadlines stayed for this purpose?
   ☒ YES        ☐ NO

2. If the parties answered yes to question 1, do the parties prefer (a) a private mediator; or (b) a magistrate or bankruptcy judge?
   ☒ Private Mediator        ☐ Magistrate or Bankruptcy Judge

3. If the parties prefer a private mediator, specify a date-certain deadline for mediation to be completed and the stay lifted. From that date, summary judgment motions will be due in thirty days.

   September 30, 2025

4. If the parties prefer a magistrate or bankruptcy judge as mediator, list two dates within the next six weeks when all parties and their authorized representatives are available for mediation.

   N/A

   This 14 day of July, 2025.

                                                            /s/   Josh Sanford

                                                            Plaintiff's Counsel

/s/   James B. Ellington

<u>Defense Counsel</u>

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing **Joint Status Report** with the Clerk of Court using the NextGen CM/ECF system and served upon counsel of record by electronic filing as follows:

Josh Sanford
Sean Short
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste. 510
Little Rock, Arkansas 72211
josh@sanfordlawfirm.com
sean@sanfordlawfirm.com

This 14 day of July 2025.

*/s/ James B. Ellington*
James B. Ellington