# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

|  |  |  |
|---|---|---|
| JAMES YARBROUGH, | ) ) ) ) | Civil Action File No. CV122-070 |
| Plaintiff, | ) ) |  |
| v. | ) ) | **STATUS REPORT** |
| GEORGIA-CAROLINA STUCCO, INC., | ) ) ) ) |  |
| Defendant. | ) ) ) ) |  |

In response to the Court's Order entered July 15, 2025 (doc. 58), the parties report to the Court that they have resolved all remaining claims in this case, subject to the Court's entry of an Order approving settlement. Because this case involves claims that have been brought under the Fair Labor Standards Act (FLSA), any settlement requires approval by the Court. The parties anticipate submitting to the Court a Motion for Approval of Settlement along with proposed Release and Settlement Agreements on or before November 6, 2025.

This 7 day of October, 2025.

*/s/ Josh Sanford*
Josh Sanford
Arkansas Bar No. 2001037
Attorney for Plaintiff James Yarbrough

Of Counsel:
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste. 510
Little Rock, Arkansas 72211
(501) 221-0088 (telephone)
(888) 787-2040 (facsimile)

/s/ *James B. Ellington*
James B. Ellington
Georgia Bar No. 243858
Attorney for Defendant Georgia-Carolina
Stucco, Inc.

Of Counsel:
Hull Barrett, PC
P.O. Box 1564
Augusta, Georgia  30903-1564
(706) 722-4481 (telephone)
(706) 722-9779 (facsimile)
jellington@hullbarrett.com

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing **Status Report** with the Clerk of Court using the NextGen CM/ECF system and served upon counsel of record by electronic filing as follows:

Josh Sanford<br>
Sean Short<br>
Sanford Law Firm, PLLC<br>
Kirkpatrick Plaza<br>
10800 Financial Centre Pkwy, Ste. 510<br>
Little Rock, Arkansas 72211<br>
josh@sanfordlawfirm.com<br>
sean@sanfordlawfirm.com

This 7 day of October 2025.

                                                  */s/ James B. Ellington*  
                                                  James B. Ellington