IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JAMES YARBROUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 122-070 |
| | ) | |
| GEORGIA-CAROLINA STUCCO, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Before the Court is the parties' joint status report, in which the parties represent they "have resolved all remaining claims in this case, subject to the Court's entry of an Order approving settlement." (Doc. no. 59.) They anticipate filing a motion for approval of settlement and the corresponding release and settlement agreements on or before November 6, 2025. (Id.) Upon consideration, the Court **STAYS** all remaining case deadlines and filing requirements. If the motion for approval of settlement and supporting documentation are not filed by November 6, 2025, the parties shall advise the Court as to the status of the case on or before that date.

SO ORDERED this 9th day of October, 2025, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA