# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| JAMES YARBROUGH, | Civil Action File No. |
| Plaintiff, | CV122-070 |
| v. | **APPLICATION FOR LEAVE** |
| GEORGIA-CAROLINA STUCCO, INC., | **OF COURT** |
| Defendant. | |

COMES NOW James B. Ellington, counsel for the defendant Georgia-Carolina Stucco, Inc., pursuant to Local Rule 83.9, and requests the Court grant the undersigned a leave of absence from this Court for the dates of November 21 through and including November 28, 2025, for the purpose of college visits with his son.

Respectfully submitted this 29 day of October, 2025.

                                                          */s/ James B. Ellington*
                                                        James B. Ellington
                                                        Georgia Bar No. 243858
                                                        Attorney for Defendant Georgia-Carolina Stucco, Inc.

Of Counsel:
Hull Barrett, PC
P.O. Box 1564
Augusta, Georgia  30903-1564
(706) 722-4481 (telephone)
(706) 722-9779 (facsimile)
jellington@hullbarrett.com

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing **Application for Leave of Court** with the Clerk of Court using the NextGen CM/ECF system and served upon counsel of record by electronic filing as follows:

Josh Sanford
Sean Short
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste. 510
Little Rock, Arkansas 72211
josh@sanfordlawfirm.com
sean@sanfordlawfirm.com

This 29 day of October 2025.

*/s/ James B. Ellington*
James B. Ellington