# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| JAMES YARBROUGH and VICTOR LOPEZ-REED, Each Individually and on behalf of All Others Similarly Situated, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| GEORGIA-CAROLINA STUCCO, INC., | ) ) ) |
| Defendant. | ) |

Civil Action File No. CV122-070

## ORDER

Application for Leave of Absence has been requested in the above-captioned case by James B. Ellington for the period of November 21 through and including November 28, 2025.

The above and foregoing request for Leave of Absence is **APPROVED**.

**SO ORDERED** this ____ day of _____, 2025 at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA