IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JAMES YARBROUGH, | ) ) ) ) | Civil Action File No. CV122-070 |
| Plaintiff, | ) ) | |
| v. | ) ) | **JOINT STATUS REPORT WITH INCORPORATED MOTION FOR** |
| GEORGIA-CAROLINA STUCCO, INC., | ) ) ) | **EXTENSION OF TIME** |
| Defendant. | ) ) ) ) | |

NOW COME the plaintiffs James Yarbrough and Adam Richbow,[1] and the Defendant, Georgia-Carolina Stucco, Inc., and file this Joint Status Report, showing the Court as follows:

1. On October 7, 2025, the parties reported to the Court that they had resolved all remaining claims in this case, subject to the Court's entry of an Order approving settlement. (Doc. 59.)

2. On October 9, 2025, the Court entered an Order staying all remaining case deadlines and filing requirements. (Doc. 60.) In its Order, the Court indicated that if the Motion for Approval of Settlement and supporting documentation were not filed by November 6, 2025, the parties shall advise the Court as to the status of the case. (Doc. 60.)

3. The parties have been working collaboratively in preparing a Motion for Approval of Settlement and Settlement Agreements for the remaining plaintiffs in this action. The parties

---

[1] Mr. Richbow filed a Consent to Join on September 15, 2022. (Doc. 17.)

have exchanged several drafts of a proposed Motion and Settlement Agreements. The documentation, however, is not complete at this time.

4. The parties expect to finalize the Motion and Settlement Agreements shortly and circulate them for signatures.

5. Accordingly, the parties are submitting to the Court this Status Report detailing the status of their settlement discussions and to request that they be permitted an additional 30 days, through and including December 8, 2025, in which to submit their Motion for Approval of Settlement with supporting documentation.[2]

This 5 day of November, 2025.

                                                                   */s/ Josh Sanford*
                                                                   Josh Sanford
                                                                   Arkansas Bar No. 2001037
                                                                   Attorney for Plaintiff James Yarbrough

Of Counsel:
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste. 510
Little Rock, Arkansas 72211
(501) 221-0088 (telephone)
(888) 787-2040 (facsimile)

                                                                   */s/ James B. Ellington*
                                                                   James B. Ellington
                                                                   Georgia Bar No. 243858
                                                                   Attorney for Defendant Georgia-Carolina
                                                                   Stucco, Inc.

Of Counsel:
Hull Barrett, PC
P.O. Box 1564
Augusta, Georgia 30903-1564
(706) 722-4481 (telephone)
jellington@hullbarrett.com

---

[2] Since the 30th day of the requested extension period falls over a weekend, the parties are seeking until the following Monday, December 8, 2025, to file the Motion and supporting documentation.

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing **Joint Status Report, With Incorporated Motion for Extension of Time** with the Clerk of Court using the NextGen CM/ECF system and served upon counsel of record by electronic filing as follows:

Josh Sanford
Sean Short
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste. 510
Little Rock, Arkansas 72211
josh@sanfordlawfirm.com
sean@sanfordlawfirm.com

This 5 day of November 2025.

*/s/ James B. Ellington*
James B. Ellington