### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | | |
|---|---|---|
| JAMES YARBROUGH, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action File No. CV122-070  **JOINT STATUS REPORT WITH INCORPORATED MOTION FOR EXTENSION OF TIME** |
| Plaintiff, | | |
| v. | | |
| GEORGIA-CAROLINA STUCCO, INC., | | |
| Defendant. | | |

NOW COME the plaintiffs James Yarbrough and Adam Richbow,[1] and the Defendant, Georgia-Carolina Stucco, Inc., and file this Joint Status Report, showing the Court as follows:

1. On October 7, 2025, the parties reported to the Court that they had resolved all remaining claims in this case, subject to the Court's entry of an Order approving settlement. (Doc. 59.)

2. Following the Court's initial stay of the case deadlines (Doc. 60) and the parties' subsequent Joint Status Report (Doc. 63), the Court entered an Order (Doc. 64) extending the stay and directing the parties to file their motion for approval of settlement and supporting documentation by December 8, 2025, or, if no such motion is filed, to advise the Court as to the status of the case.

3. The parties have been working collaboratively to prepare a Motion for Approval of Settlement and the Settlement Agreements for the remaining plaintiffs in this action. The parties

---

[1] Mr. Richbow filed a Consent to Join on September 15, 2022. (Doc. 17.)

have exchanged drafts of the proposed Motion and Settlement Agreements and have exchanged and incorporated proposed edits regarding the same.

4. The settlement documentation is now substantially complete; however, the parties require additional time to circulate the final versions to all necessary parties for review and execution.

5. Accordingly, the parties are submitting to the Court this Status Report detailing the status of their settlement discussions and request that they be permitted an additional 30 days, through and including January 7, 2026, in which to submit their Motion for Approval of Settlement with supporting documentation.

This 5th day of December, 2025.

*/s/ Josh Sanford*
Josh Sanford
Arkansas Bar No. 2001037
Attorney for Plaintiff James Yarbrough

Of Counsel:
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste. 510
Little Rock, Arkansas 72211
(501) 221-0088 (telephone)
(888) 787-2040 (facsimile)

*/s/ James B. Ellington*
James B. Ellington
Georgia Bar No. 243858
Attorney for Defendant Georgia-Carolina Stucco, Inc.

Of Counsel:
Hull Barrett, PC
P.O. Box 1564
Augusta, Georgia  30903-1564
(706) 722-4481 (telephone)
jellington@hullbarrett.com

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing **Joint Status Report, With Incorporated Motion for Extension of Time** with the Clerk of Court using the NextGen CM/ECF system and served upon counsel of record by electronic filing as follows:

>James B. Ellington
>Hull Barrett, PC
>P.O. Box 1564
>Augusta, Georgia  30903-1564
>jellington@hullbarrett.com

This 5th day of December 2025.

>*/s/ Josh Sanford*
>Josh Sanford