IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JAMES YARBROUGH, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV122-070 |
| GEORGIA-CAROLINA STUCCO, INC., | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Presently before the Court is the parties' Joint Status Report, With Incorporated Motion for Extension of Time. (Doc. 65.)

Pursuant to the Court's Order on the parties' prior status report (Doc. 64), the parties were to file a Motion for Approval of Settlement by December 8, 2025, or submit a Status Report setting forth the status of their settlement.

In their current Status Report, the parties have requested an additional 30 days, through and including January 7, 2026, in which to submit a Motion for Approval of Settlement.

Upon due consideration, the parties' Motion for Extension of Time is **GRANTED**. The parties have until **Wednesday, January 7, 2026**, to file their Motion for Approval of Settlement. If the parties are unable to meet this deadline, they must submit a Status Report setting forth the status of settlement discussions.

ORDER ENTERED at Augusta, Georgia, this ____ day of December, 2025.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2