IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JAMES YARBROUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 122-070 |
| | ) | |
| GEORGIA-CAROLINA STUCCO, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Upon consideration of the joint status report, (doc. no. 65), the Court **GRANTS** the parties' request and **EXTENDS** the stay while the parties finalize a motion for approval of settlement and the supporting documentation. The parties shall have until January 7, 2026, to submit the motion and supporting documentation. If no motion and supporting documentation are filed by that date, then the parties shall advise the Court as to the status of the case.

SO ORDERED this 8th day of December, 2025, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA