**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| JAMES YARBROUGH, et al., | ) | Civil Action File No. |
| | ) | CV122-070 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **RENEWED JOINT MOTION FOR** |
| | ) | **APPROVAL OF SETTLEMENT RE:** |
| GEORGIA-CAROLINA STUCCO, | ) | **PLAINTIFFS JAMES YARBROUGH** |
| INC., | ) | **AND ADAM RICHBOW** |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

## I.    INTRODUCTION

In this Renewed Joint Motion for Approval of Settlement, Plaintiffs James Yarbrough and

Adam Richbow ("Plaintiffs"), along with Defendant Georgia-Carolina Stucco, Inc. ("Defendant"),

by and through their respective undersigned counsel, jointly seek to rectify the issues the Court

raised in its Order denying the parties' first Joint Motion for Approval of Settlement ("First

Settlement Motion"). *See* ECF No. 68. In its Order, the Court approved the Settlement Agreement,

finding both a bona fide dispute and a fair and reasonable settlement amount. *Id*. at p. 3–7. The

Court denied the Motion exclusively as to the agreed fee award. *Id*. at p. 9–10. The Court found

the hours billed reasonable but raised concerns regarding Plaintiffs' counsel's hourly rates. *Id*.

Because the Court has already approved the Settlement Agreements and hours billed in this case,

the parties will not reassert those arguments here but incorporate their First Settlement Motion

(ECF No. 67) herein, and address the Court's concerns regarding Plaintiffs' counsel's hourly rates

below.

Page 1 of 7
James Yarbrough, et al. v. Georgia-Carolina Stucco, Inc.
U.S.D.C. (S.D. Ga.) No. 1:22-cv-70-JRH-BKE
Joint Motion for Approval of Settlement Re: Plaintiffs James Yarbrough and Adam Richbow

## II.    STANDARD OF REVIEW

Because Congress enacted the fee-shifting provision of the FLSA "to insure effective access to the judicial process by providing attorney fees for prevailing plaintiffs with wage and hour grievances," an award of attorneys' fees and costs to the prevailing party is mandatory under the FLSA. *Fegley v. Higgins*, 19 F.3d 1126, 1134 (6th Cir. 1994); 29 U.S.C. § 216(b); *see also* 29 U.S.C. § 202. The fees and costs are subject to court approval and must be fair and reasonable. *See Silva v. Miller*, 307 Fed. App'x 349, 350–51 (11th Cir. 2009). To determine whether a fee is reasonable, courts must calculate the "lodestar" by multiplying the number of hours reasonably expended by the hourly rates at which those hours should be reasonably billed. *See Hensley v. Eckerhart*, 461 U.S. 424, 433–34 (1983); *Loranger v. Stierheim*, 10 F.3d 776, 781 (11th Cir. 1994). "A reasonable hourly rate is the prevailing market rate in the relevant legal community for similar services by lawyers of reasonably comparable skills, experience, and reputation." *Norman v. Hous. Auth. of City of Montgomery*, 836 F.2d 1292, 1299 (11th Cir. 1988) (citing *Blum v. Stenson*, 465 U.S. 886, 895 n.11 (1984)).

## III.    ARGUMENT

As shown in Plaintiffs' counsel's corrected billing spreadsheet, attached as Exhibit 1,[1] Plaintiffs' counsel's hourly rates are reasonable, and the requested fee settlement should be approved.

---

[1]    Following the Court's Order denying the First Settlement Motion, Plaintiffs' counsel reviewed the billing spreadsheet filed in support of that Motion and found that 11 of Attorney Josh Sanford's 95 total billing entries, totaling 1.1 hours, had been erroneously billed at $470 per hour. The remaining 84 entries were billed at $425 per hour. The 11 higher entries are the most recent entries and are the result of Sanford Law Firm's rate increases during the time frame in which this case pended. This error was unintentional; while Plaintiffs' counsel reviewed the spreadsheet for duplicative and vague billing, this inconsistent rate was missed. Plaintiffs' counsel has corrected the error and reduced these 11 entries to $425 per hour.

**Page 2 of 7**
**James Yarbrough, et al. v. Georgia-Carolina Stucco, Inc.**
**U.S.D.C. (S.D. Ga.) No. 1:22-cv-70-JRH-BKE**
**Joint Motion for Approval of Settlement Re: Plaintiffs James Yarbrough and Adam Richbow**

**A.      Plaintiffs' counsel's requested hourly rates are reasonable based on experience.**

Per the Court's Order, the prevailing rates for attorneys in this District are as follows: $450 per hour for experienced attorneys, $315 per hour for other attorneys, and $100 per hour for paralegals. Order, ECF No. 68, p. 8 (citing *Jackson v. Johnson*, No. CV 123-074, Doc. 18 (S.D. Ga. Aug. 31, 2024); *Whitesell Corp. v. Electrolux Home Prod., Inc.*, No. CV 103-050, 2021 WL 9316401, at *2 (S.D. Ga. July 20, 2021)). Plaintiffs' counsel's rates are consistent with these standards and should be approved as requested.

Attorney Josh Sanford, who bills at the highest requested rate of $425 per hour, has practiced for over 20 years and is the managing partner of the Sanford Law Firm. *See* Decl. of Josh Sanford ("Decl. Sanford"), attached as Ex. 2. He has litigated well over 500 FLSA lawsuits during his practice; his hourly rate is a reflection of both his litigation experience and FLSA expertise. *See generally*, *id*. Plaintiffs' counsel's other requested rates are likewise reasonable based on the experience and expertise of the respective attorneys. Primary management of this case was handled by Attorney Patrick Wilson, and then by Attorney Sean Short after Mr. Wilson's departure from the Sanford Law Firm. *See* Billing Spreadsheet. Mr. Wilson practiced complex insurance litigation for nearly 15 years in New York City prior to joining the Sanford Law Firm in 2021. Decl. Sanford ¶ 15. His rate of $360 per hour is appropriately commensurate with his litigation experience. Likewise, Mr. Short's 10 years of FLSA experience is reflected in his requested rate of $255 per hour. *Id*.

The requested rates of other attorneys who participated in this litigation are also a reflection of their experience. Attorneys Anna Stiritz and Vanessa Kinney bill at $400 and $360 per hour, respectively, as a reflection of their extensive experience within their roles at the Sanford Law Firm. Decl. Sanford ¶ 15. Ms. Stiritz handles almost all client communication for the Firm's cases

Page 3 of 7
James Yarbrough, et al. v. Georgia-Carolina Stucco, Inc.
U.S.D.C. (S.D. Ga.) No. 1:22-cv-70-JRH-BKE
Joint Motion for Approval of Settlement Re: Plaintiffs James Yarbrough and Adam Richbow

and Ms. Kinney exclusively drafts pleadings. *Id.* Attorney Stacy Gibson's rate of $290 per hour is reflective of her 10+ years of experience and relatively small but crucial role of ensuring cases progress efficiently and competently with each attorney performing the function to which he or she is best suited. Decl. Sanford ¶ 15. Attorney Courtney Lowery, who handled front-end litigation such as drafting complaints while with the Sanford Law Firm, and Attorney Samuel Brown, who handled case-concluding litigation such as settlements, both of whom had only been practicing for a few years at this case's inception, bill at the lower rate of $220 per hour. *Id.*; *see also* Billing Spreadsheet.

These rates are reasonable and in keeping with the prevailing rates of this District. The highest rates requested by the Sanford Law Firm are lower than the prevailing reasonable rate for "experienced" attorneys in the Augusta area, despite the 20+ years of experience of several of the attorneys. Likewise, the lower requested rates are significantly lower than the prevailing rate for less experienced attorneys in the area.

Moreover, this Court has already implicitly approved the requested hourly rates in approving the parties' Renewed Joint Motion for Approval of Settlement as to Plaintiff Lopez-Reed. ECF No. 43. In support of that Motion, the parties submitted a billing spreadsheet detailing the hours expended and hourly rates of Plaintiffs' counsel's attorneys. ECF No. 42-2. In approving the Offer of Judgment as to Plaintiff Lopez-Reed, the Court noted that while some of Plaintiffs' attorneys billed at a rate higher than the legal market in this District, Plaintiffs' counsel's average hourly rate was within the rates deemed reasonable in this District. Order, ECF No. 43, p. 5–6. After the correction of Josh Sanford's hourly rates on 11 entries noted above, the rates approved in Plaintiff Lopez-Reed's settlement are the same as the rates requested here. Plaintiffs' counsel's requested rates are reasonable and should be approved by this Court.

Page 4 of 7
James Yarbrough, et al. v. Georgia-Carolina Stucco, Inc.
U.S.D.C. (S.D. Ga.) No. 1:22-cv-70-JRH-BKE
Joint Motion for Approval of Settlement Re: Plaintiffs James Yarbrough and Adam Richbow

**B.**      **The requested fee award settlement should be approved.**

This Court has already found that the hours expended by Plaintiffs' counsel in this case were reasonable, and as stated above, Plaintiffs have demonstrated that their counsel's hourly rates are reasonable. After the 11 entries for Josh Sanford billed at $470 per hour were corrected to the intended $425 per hour,[2]  the total amount expended by Plaintiffs' counsel in fees and costs is $16,481.00. The amount expended since the Court's approval of Plaintiff Lopez-Reed's fee settlement ($3,720.00) is $12,761.00. As the agreed fee amount of $12.000.00 is less than this amount, the amount requested is both reasonable and shows compromise on behalf of both parties. The fee award settlement should be approved as requested.

## IV.      CONCLUSION

The parties have entered into fair and reasonable Settlement Agreements that resolve bona fide disputes under the FLSA. The hourly rates requested are identical to those previously asserted and approved by the Court in connection with Plaintiff Lopez-Reed's settlement. Accordingly, for the same reasons underlying the Court's prior approval, the parties respectfully request that the Court grant this Renewed Joint Motion to Approve Settlement Agreements and dismiss Plaintiffs' claims with prejudice.

---

[2]      The 11 improperly billed entries totaled 1.1 hours of time equal to $49.50 in total fees.

**Page 5 of 7**
**James Yarbrough, et al. v. Georgia-Carolina Stucco, Inc.**
**U.S.D.C. (S.D. Ga.) No. 1:22-cv-70-JRH-BKE**
**Joint Motion for Approval of Settlement Re: Plaintiffs James Yarbrough and Adam Richbow**

Respectfully submitted,

**PLAINTIFF JAMES YARBROUGH and
OPT-IN PLAINTIFF ADAM RICHBOW**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

*LEAD COUNSEL FOR PLAINTIFFS*
*Admitted Pro hac Vice*

DELONG, CALDWELL, BRIDGERS,
FITZPATRICK & BENJAMIN
101 Marietta Street, Suite 2650
Atlanta, Georgia 30303
Telephone: (404) 979-3150

Matthew W. Herrington
Ga. Bar No. 275411
matthew.herrington@dcbflegal.com

*LOCAL COUNSEL FOR PLAINTIFFS*

**and**    **DEFENDANT GEORGIA-
CAROLINA STUCCO, INC.**

HULL BARRETT, PC
Post Office Box 1564
Augusta, Georgia 30903-1564
Phone: (706) 722-4481
Facsimile: (706) 722-9779

*/s/ James B. Ellington*
James B. Ellington
Ga. Bar No. 243858
jellington@hullbarrett.com

**Page 6 of 7**
**James Yarbrough, et al. v. Georgia-Carolina Stucco, Inc.**
**U.S.D.C. (S.D. Ga.) No. 1:22-cv-70-JRH-BKE**
**Joint Motion for Approval of Settlement Re: Plaintiffs James Yarbrough and Adam Richbow**

*COUNSEL FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I, Josh Sanford, hereby certify that on the date imprinted by the CM/ECF system, a true and correct copy of the foregoing document was electronically filed via the CM/ECF system, which will provide notice to the following attorneys of record:

James B. Ellington, Esq.
Hull Barrett, PC
P.O. Box 1564
Augusta, Georgia 30903-1564
(706) 722-4481 (telephone)
(706) 722-9779 (facsimile)
jellington@hullbarret.com
Attorney for Defendant

*/s/ Josh Sanford*
**Josh Sanford**

Page 7 of 7
James Yarbrough, et al. v. Georgia-Carolina Stucco, Inc.
U.S.D.C. (S.D. Ga.) No. 1:22-cv-70-JRH-BKE
Joint Motion for Approval of Settlement Re: Plaintiffs James Yarbrough and Adam Richbow