| Billed By | Date Billed On | Description - REDACTED | Duration | Rate | Value |
|---|---|---|---|---|---|
| Anna Stiritz | 03/30/2022 | Receive and open firm file | 0.2 | $ 400.00 | $ 80.00 |
| Josh Sanford | 03/30/2022 | Examination of IOM: potential case | 0.1 | $ 425.00 | $ 42.50 |
| Josh Sanford | 03/30/2022 | Conference with AS: potential case | 0.2 | $ 425.00 | $ 85.00 |
| Josh Sanford | 03/30/2022 | Preparation and drafting of memos to clients | 0.1 | $ 425.00 | $ 42.50 |
| Josh Sanford | 03/30/2022 | Examination of signed contract | 0.1 | $ 425.00 | $ 42.50 |
| Josh Sanford | 03/30/2022 | Receive, read and prepare response to email(s) from AS: case management | 0.1 | $ 425.00 | $ 42.50 |
| Josh Sanford | 03/30/2022 | Examination of IOM: new case info | 0.1 | $ 425.00 | $ 42.50 |
| Courtney Lowery | 04/26/2022 | Examination of intake notes and intake documents | 0.1 | $ 220.00 | $ 22.00 |
| Courtney Lowery | 04/26/2022 | Work on Client's file: research re defendant | 0.1 | $ 220.00 | $ 22.00 |
| Courtney Lowery | 04/26/2022 | Compose electronic communication to James Yarbrough re ATTORNEY-CLIENT PRIVILEGE | 0.1 | $ 220.00 | $ 22.00 |
| Courtney Lowery | 04/26/2022 | Compose electronic communication to Victor Lopez-Reed re ATTORNEY-CLIENT PRIVILEGE | 0.1 | $ 220.00 | $ 22.00 |
| Courtney Lowery | 04/26/2022 | Preparation and drafting of Complaint, Summons and CTJ | 0.6 | $ 220.00 | $ 132.00 |
| Courtney Lowery | 04/27/2022 | Telephone Conference(s) between Attorney and Client James Yarbrough re ATTORNEY-CLIENT PRIVILEGE | 0.2 | $ 220.00 | $ 44.00 |
| Courtney Lowery | 04/27/2022 | Editing and revision of Complaint | 0.1 | $ 220.00 | $ 22.00 |
| Courtney Lowery | 04/27/2022 | Telephone Conference(s) between Attorney and Client Victor Lopez-Reed re ATTORNEY-CLIENT PRIVILEGE | 0.1 | $ 220.00 | $ 22.00 |
| Josh Sanford | 04/27/2022 | Examination of IOM: draft lawsuit | 0.1 | $ 425.00 | $ 42.50 |
| Josh Sanford | 04/27/2022 | Editing and revision of CCS and summons | 0.1 | $ 425.00 | $ 42.50 |
| Josh Sanford | 04/27/2022 | Editing and revision of complaint | 0.2 | $ 425.00 | $ 85.00 |
| Courtney Lowery | 04/28/2022 | Conference with JS re complaint status | 0.1 | $ 220.00 | $ 22.00 |
| Courtney Lowery | 04/28/2022 | Conference with JS and PW re case initiation | 0.1 | $ 220.00 | $ 22.00 |
| Patrick Wilson | 04/28/2022 | Email to local counsel | 0.1 | $ 360.00 | $ 36.00 |
| Courtney Lowery | 05/16/2022 | Conference with PW and Paralegal re case status | 0.1 | $ 220.00 | $ 22.00 |
| Courtney Lowery | 05/18/2022 | Conference with PW re complaint allegations | 0.1 | $ 220.00 | $ 22.00 |
| Courtney Lowery | 05/24/2022 | Editing and revision of Complaint | 0.1 | $ 220.00 | $ 22.00 |
| Josh Sanford | 06/01/2022 | Examination of CO-C emails | 0.2 | $ 425.00 | $ 85.00 |
| Josh Sanford | 06/01/2022 | Examination of clerks notice | 0.1 | $ 425.00 | $ 42.50 |
| Josh Sanford | 06/01/2022 | Receive, read and prepare response to email(s) from CO-C next steps | 0.1 | $ 425.00 | $ 42.50 |
| Josh Sanford | 06/01/2022 | Examination of filed complaint | 0.1 | $ 425.00 | $ 42.50 |
| Patrick Wilson | 06/03/2022 | Telephone Conference(s) between Attorney and Client | 0.2 | $ 360.00 | $ 72.00 |

| Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| Josh Sanford | 06/08/2022 | Examination of PHV appliction | 0.1 | $425.00 | $42.50 |
| Patrick Wilson | 06/09/2022 | Receipt and review of email | 0.1 | $360.00 | $36.00 |
| Josh Sanford | 06/14/2022 | Examination of email to CO-C | 0.1 | $425.00 | $42.50 |
| Patrick Wilson | 06/16/2022 | Conference regarding case strategy/status | 0.1 | $360.00 | $36.00 |
| Stacy Gibson | 06/16/2022 | Conference regarding case strategy/status | 0.1 | $290.00 | $29.00 |
| Josh Sanford | 06/24/2022 | Examination of clerks notice | 0.1 | $425.00 | $42.50 |
| Josh Sanford | 06/24/2022 | Examination of Order | 0.1 | $425.00 | $42.50 |
| Josh Sanford | 06/27/2022 | Examination of PHV motion; emails with CO-C | 0.1 | $425.00 | $42.50 |
| Josh Sanford | 06/28/2022 | Receive, read and prepare response to email(s) from CO-C | 0.1 | $425.00 | $42.50 |
| Josh Sanford | 06/28/2022 | Examination of clerks notice | 0.1 | $425.00 | $42.50 |
| Stacy Gibson | 06/28/2022 | Receive, read and prepare response to email(s) from local counsel re: SDGA cases | 0.1 | $290.00 | $29.00 |
| Josh Sanford | 06/29/2022 | Examination of PHV order | 0.1 | $425.00 | $42.50 |
| Patrick Wilson | 06/29/2022 | Receipt and review of Order | 0.1 | $360.00 | $36.00 |
| Patrick Wilson | 07/01/2022 | Telephone Conference(s) with Opposing Counsel | 0.1 | $360.00 | $36.00 |
| Patrick Wilson | 07/01/2022 | Telephone Conference(s) with Opposing Counsel | 0.1 | $360.00 | $36.00 |
| Courtney Lowery | 07/07/2022 | Examination of text from client Victor Lopez Reed; conference with PW re same | 0.1 | $220.00 | $22.00 |
| Patrick Wilson | 07/07/2022 | Telephone Conference(s) with Opposing Counsel | 0.1 | $360.00 | $36.00 |
| Patrick Wilson | 07/11/2022 | responding to email from Courtney | 0.1 | $360.00 | $36.00 |
| Patrick Wilson | 07/12/2022 | Telephone Conference(s) between Attorney and Client Victor Lopez-Reed | 0.1 | $360.00 | $36.00 |
| Patrick Wilson | 07/25/2022 | Telephone Conference(s) with Opposing Counsel about T&P records | 0.1 | $360.00 | $36.00 |
| Patrick Wilson | 07/26/2022 | Receive, read and prepare response to email(s) from OC | 0.1 | $360.00 | $36.00 |
| Josh Sanford | 07/28/2022 | Examination of answer | 0.2 | $425.00 | $85.00 |
| Patrick Wilson | 07/28/2022 | Conference regarding case status/strategy | 0.1 | $360.00 | $36.00 |
| Patrick Wilson | 07/28/2022 | Receipt and review of answer | 0.2 | $360.00 | $72.00 |
| Stacy Gibson | 07/28/2022 | Conference regarding case status/strategy | 0.1 | $290.00 | $29.00 |
| Stacy Gibson | 07/28/2022 | Compose electronic communication to KV re: drafting MCA declaration | 0.1 | $290.00 | $29.00 |
| Josh Sanford | 07/29/2022 | Examination of CO-C email | 0.1 | $425.00 | $42.50 |
| Patrick Wilson | 08/03/2022 | email to OC | 0.1 | $360.00 | $36.00 |
| Patrick Wilson | 08/05/2022 | Receive, read and prepare response to email(s) from OC | 0.1 | $360.00 | $36.00 |
| Patrick Wilson | 08/11/2022 | Receipt and review of OC Email | 0.3 | $360.00 | $108.00 |
| Patrick Wilson | 08/11/2022 | Texts to clients | 0.1 | $360.00 | $36.00 |
| Josh Sanford | 08/12/2022 | Examination of R68 offers | 0.2 | $425.00 | $85.00 |
| Josh Sanford | 08/12/2022 | Receive, read and prepare response to email(s) from CO-C | 0.2 | $425.00 | $85.00 |

| Patrick Wilson | 08/12/2022 | Receipt and review of Email from OC | 0.1 | $ 360.00 | $ 36.00 |
|---|---|---|---|---|---|
| Stacy Gibson | 08/12/2022 | Conference with PW re: offer of judgment | 0.1 | $ 290.00 | $ 29.00 |
| Stacy Gibson | 08/16/2022 | Receive, read and prepare response to email(s) from PW re: OOJ | 0.1 | $ 290.00 | $ 29.00 |
| Stacy Gibson | 08/16/2022 | Receive, read and prepare response to email(s) from KV re: OOJ/MCA | 0.1 | $ 290.00 | $ 29.00 |
| Josh Sanford | 08/18/2022 | Conference with PW: R68 offer | 0.1 | $ 425.00 | $ 42.50 |
| Sean Short | 08/19/2022 | Conference with paralegal regarding damage calculations. | 0.2 | $ 255.00 | $ 51.00 |
| Josh Sanford | 08/22/2022 | Conference with PW: R68 offer | 0.1 | $ 425.00 | $ 42.50 |
| Josh Sanford | 08/22/2022 | Editing and revision of client dec; work on 216 | 0.2 | $ 425.00 | $ 85.00 |
| Josh Sanford | 08/22/2022 | Receive, read and prepare response to email(s) from PW: declaration, definition | 0.1 | $ 425.00 | $ 42.50 |
| Patrick Wilson | 08/22/2022 | Telephone Conference(s) between Attorney and Client Victor | 0.2 | $ 360.00 | $ 72.00 |
| Patrick Wilson | 08/22/2022 | Telephone Conference(s) between Attorney and Client James | 0.2 | $ 360.00 | $ 72.00 |
| Stacy Gibson | 08/22/2022 | Conference with PW re; MCA/OOJ | 0.2 | $ 290.00 | $ 58.00 |
| Stacy Gibson | 08/22/2022 | Compose electronic communication to JS re: class definition and declaration | 0.1 | $ 290.00 | $ 29.00 |
| Stacy Gibson | 08/22/2022 | Conference with PW re: class definition | 0.1 | $ 290.00 | $ 29.00 |
| Stacy Gibson | 08/22/2022 | Conference with PW and JS re: class definition | 0.1 | $ 290.00 | $ 29.00 |
| Stacy Gibson | 08/22/2022 | Receive, read and prepare response to email(s) from PW re: declarations | 0.1 | $ 290.00 | $ 29.00 |
| Josh Sanford | 08/23/2022 | Conference with PW: 216 motion | 0.2 | $ 425.00 | $ 85.00 |
| Josh Sanford | 08/23/2022 | Preparation and drafting of IOM: 216 motion | 0.1 | $ 425.00 | $ 42.50 |
| Patrick Wilson | 08/23/2022 | Telephone Conference(s) between Attorney and Client | 0.1 | $ 360.00 | $ 36.00 |
| Patrick Wilson | 08/23/2022 | Telephone Conference(s) between Attorney and Client | 0.2 | $ 360.00 | $ 72.00 |
| Stacy Gibson | 08/23/2022 | Conference with PW re: accepting OOJ for one client | 0.1 | $ 290.00 | $ 29.00 |
| Patrick Wilson | 08/24/2022 | Conference regarding case deadines | 0.1 | $ 360.00 | $ 36.00 |
| Stacy Gibson | 08/24/2022 | Conference regarding case deadines | 0.1 | $ 290.00 | $ 29.00 |
| Stacy Gibson | 08/24/2022 | Preparation and drafting of notice of acceptance of OOJ | 0.2 | $ 290.00 | $ 58.00 |
| Anna Stiritz | 08/26/2022 | Work on Client's file: ATTORNEY-CLIENT PRIVILEGE | 0.1 | $ 400.00 | $ 40.00 |
| Josh Sanford | 08/26/2022 | Preparation and drafting of memo to client | 0.1 | $ 425.00 | $ 42.50 |
| Josh Sanford | 08/26/2022 | Editing and revision of notice of acceptance | 0.1 | $ 425.00 | $ 42.50 |
| Josh Sanford | 08/26/2022 | Receive, read and prepare response to email(s) from SG: next steps | 0.1 | $ 425.00 | $ 42.50 |

| Attorney | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Josh Sanford | 08/26/2022 | Receive, read and prepare response to email(s) from SG: case strategy | 0.1 | $ 425.00 | $ 42.50 |
| Josh Sanford | 08/26/2022 | Examination of filed-notice of acceptance | 0.1 | $ 425.00 | $ 42.50 |
| Patrick Wilson | 08/26/2022 | Work on Client's file: OOJ acceptance | 0.2 | $ 360.00 | $ 72.00 |
| Stacy Gibson | 08/26/2022 | Conference with Paralegal re: MCA status | 0.1 | $ 290.00 | $ 29.00 |
| Stacy Gibson | 08/26/2022 | Compose electronic communication to Paralegal re: OOJ acceptance | 0.1 | $ 290.00 | $ 29.00 |
| Stacy Gibson | 08/26/2022 | Compose electronic communication to Paralegal and JS re: declaration signature | 0.1 | $ 290.00 | $ 29.00 |
| Stacy Gibson | 08/26/2022 | Receive, read and prepare response to email(s) from PW re: acceptance of OOJ | 0.1 | $ 290.00 | $ 29.00 |
| Josh Sanford | 08/29/2022 | Examination of IOM 216 project | 0.1 | $ 425.00 | $ 42.50 |
| Josh Sanford | 08/29/2022 | Examination of IOMS: 216 project | 0.1 | $ 425.00 | $ 42.50 |
| Josh Sanford | 08/29/2022 | Conference with SG/Paralegal: 216 strategy | 0.1 | $ 425.00 | $ 42.50 |
| Stacy Gibson | 08/29/2022 | Conference with JS and Paralegal re: class definition | 0.1 | $ 290.00 | $ 29.00 |
| Stacy Gibson | 08/29/2022 | Receive, read and prepare response to email(s) from Paralegal re: Client declaration | 0.1 | $ 290.00 | $ 29.00 |
| Stacy Gibson | 08/29/2022 | Compose electronic communication to KV re: MCA | 0.1 | $ 290.00 | $ 29.00 |
| Josh Sanford | 08/30/2022 | Examination of IOMS: 216 | 0.1 | $ 425.00 | $ 42.50 |
| Josh Sanford | 08/30/2022 | Editing and revision of 216 dec, motion, BIS, exhibits | 0.4 | $ 425.00 | $ 170.00 |
| Stacy Gibson | 08/30/2022 | Receive, read and prepare response to email(s): IOM re: MCA final edits | 0.1 | $ 290.00 | $ 29.00 |
| Josh Sanford | 09/06/2022 | Examination of OC email | 0.1 | $ 425.00 | $ 42.50 |
| Josh Sanford | 09/06/2022 | Receive, read and prepare response to email(s) from CO-C | 0.1 | $ 425.00 | $ 42.50 |
| Patrick Wilson | 09/06/2022 | Receive, read and prepare response to email(s) from OC | 0.1 | $ 360.00 | $ 36.00 |
| Patrick Wilson | 09/06/2022 | Telephone Conference(s) with Opposing Counsel | 0.1 | $ 360.00 | $ 36.00 |
| Patrick Wilson | 09/07/2022 | Telephone Conference(s) with Opposing Counsel | 0.1 | $ 360.00 | $ 36.00 |
| Patrick Wilson | 09/08/2022 | Work on Client's file: Demand | 0.7 | $ 360.00 | $ 252.00 |
| Patrick Wilson | 09/08/2022 | Telephone Conference(s) between Attorney and Client James | 0.1 | $ 360.00 | $ 36.00 |
| Stacy Gibson | 09/08/2022 | Compose electronic communication to JS re: fee demand | 0.1 | $ 290.00 | $ 29.00 |
| Stacy Gibson | 09/08/2022 | Conference with PW re: case strategy | 0.3 | $ 290.00 | $ 87.00 |
| Josh Sanford | 09/09/2022 | Discussion of case status and directing case strategy to Attorney PW/SG | 0.2 | $ 425.00 | $ 85.00 |
| Josh Sanford | 09/09/2022 | Editing and revision of letter to OC | 0.1 | $ 425.00 | $ 42.50 |
| Josh Sanford | 09/09/2022 | Examination of consent motion | 0.1 | $ 425.00 | $ 42.50 |
| Patrick Wilson | 09/09/2022 | Receive, read and prepare response to email(s) from OC | 0.3 | $ 360.00 | $ 108.00 |

| Patrick Wilson | 09/09/2022 | Receipt and review of email | 0.1 | $ 360.00 | $ 36.00 |
| Stacy Gibson | 09/09/2022 | Receive, read and prepare response to email(s) from JS re: case strategy | 0.1 | $ 290.00 | $ 29.00 |
| Stacy Gibson | 09/09/2022 | Receive, read and prepare response to email(s) from PW re: case strategy | 0.1 | $ 290.00 | $ 29.00 |
| Josh Sanford | 09/12/2022 | Examination of OC email | 0.1 | $ 425.00 | $ 42.50 |
| Josh Sanford | 09/12/2022 | Examination of order | 0.1 | $ 425.00 | $ 42.50 |
| Josh Sanford | 09/12/2022 | Examination of emails with OC | 0.1 | $ 425.00 | $ 42.50 |
| Patrick Wilson | 09/12/2022 | Receipt and review of court order | 0.1 | $ 360.00 | $ 36.00 |
| Patrick Wilson | 09/12/2022 | Receipt and review of Rule 26(f) report | 0.2 | $ 360.00 | $ 72.00 |
| Patrick Wilson | 09/12/2022 | Receipt and review of order | 0.1 | $ 360.00 | $ 36.00 |
| Patrick Wilson | 09/12/2022 | Receive, read and prepare response to email(s) from OC | 0.2 | $ 360.00 | $ 72.00 |
| Josh Sanford | 09/13/2022 | Examination of emails from CO-C | 0.1 | $ 425.00 | $ 42.50 |
| Josh Sanford | 09/13/2022 | Examination of emails with OC | 0.1 | $ 425.00 | $ 42.50 |
| Patrick Wilson | 09/13/2022 | Receive, read and prepare response to email(s) from OC | 0.2 | $ 360.00 | $ 72.00 |
| Patrick Wilson | 09/13/2022 | Receive, read and prepare response to email(s) from OC | 0.1 | $ 360.00 | $ 36.00 |
| Anna Stiritz | 09/14/2022 | Potential Client Screening | 0.1 | $ 400.00 | $ 40.00 |
| Josh Sanford | 09/14/2022 | Examination of IOMS: Richbow | 0.1 | $ 425.00 | $ 42.50 |
| Patrick Wilson | 09/14/2022 | Receipt and review of CTJ | 0.1 | $ 360.00 | $ 36.00 |
| Josh Sanford | 09/15/2022 | Examination of Rainbow CTJ | 0.1 | $ 425.00 | $ 42.50 |
| Josh Sanford | 09/15/2022 | Compose electronic communication OCs | 0.1 | $ 425.00 | $ 42.50 |
| Patrick Wilson | 09/15/2022 | Telephone Conference(s) with Opposing Counsel | 0.6 | $ 360.00 | $ 216.00 |
| Patrick Wilson | 09/15/2022 | Conference with Paralegal | 0.1 | $ 360.00 | $ 36.00 |
| Patrick Wilson | 09/15/2022 | Receipt and review of Signed Contract | 0.1 | $ 360.00 | $ 36.00 |
| Josh Sanford | 09/16/2022 | Examination of OC email | 0.1 | $ 425.00 | $ 42.50 |
| Josh Sanford | 09/16/2022 | Discussion of case status and directing case strategy to Attorney PW | 0.1 | $ 425.00 | $ 42.50 |
| Josh Sanford | 09/16/2022 | Preparation and drafting of IOM: strategy | 0.1 | $ 425.00 | $ 42.50 |
| Josh Sanford | 09/16/2022 | Examination of IOM: case management | 0.1 | $ 425.00 | $ 42.50 |
| Patrick Wilson | 09/16/2022 | Receipt and review of CTJ | 0.1 | $ 360.00 | $ 36.00 |
| Patrick Wilson | 09/21/2022 | Conference regarding case status/strategy | 0.1 | $ 360.00 | $ 36.00 |
| Stacy Gibson | 09/21/2022 | Conference regarding case status/strategy | 0.1 | $ 290.00 | $ 29.00 |
| Patrick Wilson | 09/22/2022 | Receipt and review of email | 0.1 | $ 360.00 | $ 36.00 |
| Patrick Wilson | 09/22/2022 | Receipt and review of email | 0.1 | $ 360.00 | $ 36.00 |
| Patrick Wilson | 09/23/2022 | Receive, read and prepare response to email(s) from OC | 0.1 | $ 360.00 | $ 36.00 |
| Stacy Gibson | 09/23/2022 | Conference with PW re: deferring discovery | 0.1 | $ 290.00 | $ 29.00 |
| Josh Sanford | 09/26/2022 | Examination of OC email | 0.1 | $ 425.00 | $ 42.50 |
| Patrick Wilson | 09/26/2022 | Receive, read and prepare response to email(s) from OC | 0.1 | $ 360.00 | $ 36.00 |

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Josh Sanford | 09/27/2022 | Examination of response to 216 motion | 0.2 | $ 425.00 | $ 85.00 |
| Josh Sanford | 09/27/2022 | Preparation and drafting of IOM: reply | 0.1 | $ 425.00 | $ 42.50 |
| Patrick Wilson | 09/27/2022 | Telephone Conference(s) between Attorney and Client | 0.1 | $ 360.00 | $ 36.00 |
| Patrick Wilson | 09/27/2022 | Receipt and review of Response | 0.3 | $ 360.00 | $ 108.00 |
| Patrick Wilson | 09/28/2022 | Conference with | 0.1 | $ 360.00 | $ 36.00 |
| Patrick Wilson | 09/29/2022 | Receipt and review of 26(f) | 0.3 | $ 360.00 | $ 108.00 |
| Patrick Wilson | 10/03/2022 | Telephone Conference(s) between Attorney and Client Lopez | 0.1 | $ 360.00 | $ 36.00 |
| Patrick Wilson | 10/03/2022 | Receipt and review of 26(f) report | 0.1 | $ 360.00 | $ 36.00 |
| Samuel Brown | 10/03/2022 | Conference with PW regarding draft Motion for Judgment | 0.1 | $ 220.00 | $ 22.00 |
| Vanessa Kinney | 10/03/2022 | Receipt and review of response to motion for conditional certification | 0.2 | $ 360.00 | $ 72.00 |
| Vanessa Kinney | 10/03/2022 | Work on Client's file: review file in preparation for replying to MCA; search potential forms for MCA reply; message RM re: relevant 11th Circuit cases | 0.3 | $ 360.00 | $ 108.00 |
| Vanessa Kinney | 10/03/2022 | Work on Client's file: work on reply in support of Motion for conditional certification | 1.9 | $ 360.00 | $ 684.00 |
| Josh Sanford | 10/04/2022 | Editing and revision of 216 reply | 0.3 | $ 425.00 | $ 127.50 |
| Josh Sanford | 10/04/2022 | Receive, read and prepare response to email(s) from PW: 216 reply | 0.1 | $ 425.00 | $ 42.50 |
| Josh Sanford | 10/04/2022 | Examination of filed reply | 0.1 | $ 425.00 | $ 42.50 |
| Josh Sanford | 10/04/2022 | Examination of IOMS: case management | 0.1 | $ 425.00 | $ 42.50 |
| Josh Sanford | 10/04/2022 | Examination of 26f report-filed | 0.1 | $ 425.00 | $ 42.50 |
| Patrick Wilson | 10/04/2022 | Receipt and review of notice | 0.1 | $ 360.00 | $ 36.00 |
| Patrick Wilson | 10/04/2022 | Receipt and review of email | 0.1 | $ 360.00 | $ 36.00 |
| Stacy Gibson | 10/04/2022 | Compose electronic communication: IOM re: MCA reply | 0.1 | $ 290.00 | $ 29.00 |
| Vanessa Kinney | 10/04/2022 | Work on Client's file: reply in support of motion for conditional certification | 2.4 | $ 360.00 | $ 864.00 |
| Josh Sanford | 10/05/2022 | Examination of clerks notice | 0.1 | $ 425.00 | $ 42.50 |
| Josh Sanford | 10/05/2022 | Examination of clerks notice | 0.1 | $ 425.00 | $ 42.50 |
| Josh Sanford | 10/05/2022 | Examination of order | 0.1 | $ 425.00 | $ 42.50 |
| Patrick Wilson | 10/05/2022 | Receipt and review of notice | 0.1 | $ 360.00 | $ 36.00 |
| Patrick Wilson | 10/05/2022 | Receipt and review of notice | 0.1 | $ 360.00 | $ 36.00 |
| Patrick Wilson | 10/05/2022 | Receipt and review of notice | 0.1 | $ 360.00 | $ 36.00 |
| Patrick Wilson | 10/07/2022 | Receipt and review of Email | 0.1 | $ 360.00 | $ 36.00 |
| Patrick Wilson | 10/07/2022 | Receipt and review of notice | 0.1 | $ 360.00 | $ 36.00 |
| Patrick Wilson | 10/07/2022 | Receipt and review of notice | 0.1 | $ 360.00 | $ 36.00 |
| Patrick Wilson | 10/07/2022 | Receipt and review of Emails | 0.1 | $ 360.00 | $ 36.00 |
| Patrick Wilson | 10/10/2022 | Receipt and review of Email | 0.1 | $ 360.00 | $ 36.00 |
| Patrick Wilson | 10/10/2022 | Examination of Intra-office memo regarding case events and deadlines | 0.1 | $ 360.00 | $ 36.00 |
| Josh Sanford | 10/11/2022 | Examination of clerk's notice | 0.1 | $ 425.00 | $ 42.50 |
| Josh Sanford | 10/11/2022 | Examination of clerks notice | 0.1 | $ 425.00 | $ 42.50 |

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Patrick Wilson | 10/11/2022 | Examination of Intra-office memo regarding case events and deadlines | 0.1 | $ 360.00 | $ 36.00 |
| Patrick Wilson | 10/11/2022 | Receipt and review of email | 0.1 | $ 360.00 | $ 36.00 |
| Patrick Wilson | 10/11/2022 | Receipt and review of email | 0.1 | $ 360.00 | $ 36.00 |
| Patrick Wilson | 10/11/2022 | Receipt and review of notices | 0.1 | $ 360.00 | $ 36.00 |
| Josh Sanford | 10/18/2022 | Examination of Order | 0.1 | $ 425.00 | $ 42.50 |
| Josh Sanford | 10/18/2022 | Examination of Order | 0.1 | $ 425.00 | $ 42.50 |
| Patrick Wilson | 10/18/2022 | Receipt and review of order | 0.1 | $ 360.00 | $ 36.00 |
| Patrick Wilson | 10/19/2022 | Conference regarding case status/strategy | 0.1 | $ 360.00 | $ 36.00 |
| Stacy Gibson | 10/19/2022 | Conference regarding case status/strategy | 0.1 | $ 290.00 | $ 29.00 |
| Josh Sanford | 10/21/2022 | Examination of attorney email; email to Co-Counsel | 0.1 | $ 425.00 | $ 42.50 |
| Patrick Wilson | 10/21/2022 | Receipt and review of email | 0.1 | $ 360.00 | $ 36.00 |
| Josh Sanford | 10/24/2022 | Examination of attorney email | 0.1 | $ 425.00 | $ 42.50 |
| Josh Sanford | 10/26/2022 | Examination of Clerk's Notice | 0.1 | $ 425.00 | $ 42.50 |
| Patrick Wilson | 10/26/2022 | Receipt and review of email | 0.1 | $ 360.00 | $ 36.00 |
| Anna Stiritz | 11/09/2022 | Receive, read and prepare response to email(s) from client Victor | 0.1 | $ 400.00 | $ 40.00 |
| Patrick Wilson | 11/11/2022 | Compose electronic communication | 0.1 | $ 360.00 | $ 36.00 |
| Patrick Wilson | 11/11/2022 | Compose electronic communication | 0.1 | $ 360.00 | $ 36.00 |
| Josh Sanford | 12/01/2022 | Work on Client's file: substitution | 0.1 | $ 425.00 | $ 42.50 |
| Stacy Gibson | 12/01/2022 | Compose electronic communication IOMs re: MTW | 0.2 | $ 290.00 | $ 58.00 |
| Josh Sanford | 12/02/2022 | Examination of emails with Co-Counsel | 0.1 | $ 425.00 | $ 42.50 |
| Josh Sanford | 12/02/2022 | Examination of propsoed consent Order | 0.1 | $ 425.00 | $ 42.50 |
| Josh Sanford | 12/05/2022 | Examination of Clerk's Notice; emails w Co-Counsel | 0.2 | $ 425.00 | $ 85.00 |
| Josh Sanford | 12/06/2022 | Examination of Intra-office memo regarding case events and deadlines | 0.1 | $ 425.00 | $ 42.50 |
| Stacy Gibson | 12/12/2022 | Conference with Paralegal re: case deadline | 0.1 | $ 290.00 | $ 29.00 |
| Samuel Brown | 12/20/2022 | Editing and revision of Motion for Judgment | 0.1 | $ 220.00 | $ 22.00 |
| Samuel Brown | 12/20/2022 | Compose electronic communication to OC re: Motion for Judgment | 0.1 | $ 220.00 | $ 22.00 |
| Samuel Brown | 12/27/2022 | Receive, read and prepare response to email(s) from OC re: Motion for Judgment | 0.1 | $ 220.00 | $ 22.00 |
| Josh Sanford | 02/22/2023 | Examination of IOM re case management | 0.1 | $ 425.00 | $ 42.50 |
| Sean Short | 02/22/2023 | Conference with SG regarding case assignment. | 0.1 | $ 255.00 | $ 25.50 |
| Stacy Gibson | 02/22/2023 | Work on Client's file: case transfer and conf. with SS | 0.1 | $ 290.00 | $ 29.00 |
| Josh Sanford | 03/21/2023 | Examination of NOA | 0.1 | $ 425.00 | $ 42.50 |
| Josh Sanford | 03/28/2023 | Examination of Order | 0.1 | $ 425.00 | $ 42.50 |
| Sean Short | 04/12/2023 | Conference with paralegal regarding case status; next steps. | 0.1 | $ 255.00 | $ 25.50 |

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Sean Short | 07/11/2023 | Receipt and review of email from SG regarding case status. | 0.1 | $ 255.00 | $ 25.50 |
| Stacy Gibson | 07/11/2023 | Compose electronic communication to staff re: case status/pleadings | 0.1 | $ 290.00 | $ 29.00 |
| Sean Short | 07/14/2023 | Conference with SG regarding case status; pending motion for collective action. | 0.1 | $ 255.00 | $ 25.50 |
| Stacy Gibson | 07/14/2023 | Compose electronic communication to Paralegal re: contacting court | 0.1 | $ 290.00 | $ 29.00 |
| Stacy Gibson | 07/14/2023 | Examination of pending motions | 0.1 | $ 290.00 | $ 29.00 |
| Stacy Gibson | 07/14/2023 | Conference with SB and SS re: approval of offer of judgment | 0.1 | $ 290.00 | $ 29.00 |
| Sean Short | 08/17/2023 | Examination of order regarding acceptance of offer of judgment and motion for conditional certification. | 0.2 | $ 255.00 | $ 51.00 |
| Sean Short | 08/17/2023 | Conference with SB regarding order on acceptance of offer of judgment; preparing settlement agreement. | 0.1 | $ 255.00 | $ 25.50 |
| Sean Short | 08/17/2023 | Conference with SB regarding call with magistrate to discuss settlement. | 0.1 | $ 255.00 | $ 25.50 |
| Sean Short | 08/30/2023 | Conference with SB regarding case deadlines. | 0.1 | $ 255.00 | $ 25.50 |
| Sean Short | 09/13/2023 | Examination of order granting extension of time to complete settlement papers. | 0.1 | $ 255.00 | $ 25.50 |
| Samuel Brown | 09/14/2023 | Telephone Conference(s) between Attorney and Client re: ATTORNEY-CLIENT PRIVILEGE | 0.2 | $ 220.00 | $ 44.00 |
| Sean Short | 09/14/2023 | Conference with SB regarding motion for approval of settlement; attorney fees. | 0.1 | $ 255.00 | $ 25.50 |
| Sean Short | 09/15/2023 | Conference with SB regarding renewed motion for fees. | 0.1 | $ 255.00 | $ 25.50 |
| Samuel Brown | 09/18/2023 | Telephone Conference(s) with Opposing Counsel re: Motion for Approval, Declaration in Support | 0.2 | $ 220.00 | $ 44.00 |
| Sean Short | 09/18/2023 | Conference with SB regarding motion for approval of settlement. | 0.1 | $ 255.00 | $ 25.50 |
| Samuel Brown | 09/18/2023 | Receive, read and prepare response to email(s) from OC re: edits to Motion for Approval, draft Declaration in Support of fees | 0.1 | $ 220.00 | $ 22.00 |
| Samuel Brown | 09/18/2023 | Editing and revision of Declaration in Support of attorneys fees | 0.5 | $ 220.00 | $ 110.00 |
| Samuel Brown | 09/18/2023 | Examination of edits to Motion for Approval from opposing counsel | 0.2 | $ 220.00 | $ 44.00 |
| Sean Short | 09/18/2023 | Editing and revision of declaration in support of motion for attorney fees. | 0.2 | $ 255.00 | $ 51.00 |
| Josh Sanford | 09/19/2023 | Editing and revision of JS Declaration | 0.1 | $ 425.00 | $ 42.50 |
| Sean Short | 09/20/2023 | Conference with SB regarding filed motion for approval of settlement. | 0.1 | $ 255.00 | $ 25.50 |
| Sean Short | 12/04/2023 | Conference with SB regarding case costs; settlement allocation. | 0.1 | $ 255.00 | $ 25.50 |

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Sean Short | 04/08/2024 | Conference with staff regarding call from client; case status. | 0.1 | $ 255.00 | $ 25.50 |
| Josh Sanford | 04/10/2024 | Examination of Order | 0.1 | $ 425.00 | $ 42.50 |
| Sean Short | 04/10/2024 | Conference with SB regarding order denying motion for approval of settlement. | 0.1 | $ 255.00 | $ 25.50 |
| Sean Short | 04/12/2024 | Conference with SB regarding call with opposing counsel; next steps. | 0.1 | $ 255.00 | $ 25.50 |
| Sean Short | 04/22/2024 | Examination of renewed joint motion for approval of settlement regarding plaintiff Lopez-Reed; conference with SB regarding the same. | 0.2 | $ 255.00 | $ 51.00 |
| Josh Sanford | 04/24/2024 | Examination of JSR - filed | 0.1 | $ 425.00 | $ 42.50 |
| Sean Short | 04/25/2024 | Examination of order granting motion for extension of time to file. | 0.1 | $ 255.00 | $ 25.50 |
| Josh Sanford | 05/13/2024 | Examination of Order | 0.1 | $ 425.00 | $ 42.50 |
| Sean Short | 05/23/2024 | Conference with SB regarding order on motion for approval of settlement. | 0.1 | $ 255.00 | $ 25.50 |
| Sean Short | 05/31/2024 | Conference with SB regarding case costs. | 0.1 | $ 255.00 | $ 25.50 |
| Sean Short | 06/11/2024 | Examination of settlement breakdown; compose electronic communication to SB regarding the same. | 0.2 | $ 255.00 | $ 51.00 |
| Josh Sanford | 06/17/2024 | Examination of Order | 0.1 | $ 425.00 | $ 42.50 |
| Sean Short | 06/18/2024 | Conference with SB regarding 26(f) report; call with opposing counsel. | 0.1 | $ 255.00 | $ 25.50 |
| Sean Short | 06/20/2024 | Receive, read and prepare response to email(s) from opposing counsel regarding draft 26(f) report and scheduling time for conference. | 0.1 | $ 255.00 | $ 25.50 |
| Sean Short | 06/21/2024 | Conference with paralegal regarding preparing initial disclosures. | 0.1 | $ 255.00 | $ 25.50 |
| Sean Short | 06/21/2024 | Examination of draft 26(f) report; insert comments for Plaintiff's section. | 0.2 | $ 255.00 | $ 51.00 |
| Sean Short | 06/24/2024 | Telephone Conference(s) with Opposing Counsel regarding 26(f) conference. | 0.1 | $ 255.00 | $ 25.50 |
| Sean Short | 06/24/2024 | Compose electronic communication to opposing counsel regarding edits to draft 26(f) report. | 0.1 | $ 255.00 | $ 25.50 |
| Sean Short | 06/24/2024 | Receive, read and prepare response to email(s) from opposing counsel regarding edits to draft 26(f) report. | 0.1 | $ 255.00 | $ 25.50 |
| Sean Short | 06/25/2024 | Examination of scheduling order. | 0.1 | $ 255.00 | $ 25.50 |
| Sean Short | 07/24/2024 | Compose electronic communication to opposing counsel regarding Plaintiff's initial disclosures. | 0.1 | $ 255.00 | $ 25.50 |
| Sean Short | 07/24/2024 | Preparation and drafting of initial disclosures. | 0.2 | $ 255.00 | $ 51.00 |
| Sean Short | 08/09/2024 | Receipt and review of Defendant's initial disclosures. | 0.1 | $ 255.00 | $ 25.50 |

| | | | | | |
|---|---|---|---|---|---|
| Sean Short | 08/09/2024 | Receive, read and prepare response to email(s) from opposing counsel regarding initial disclosures; setting up a time to discuss case. | 0.1 | $ 255.00 | $ 25.50 |
| Josh Sanford | 08/16/2024 | Examination of Defendant's Disclosures | 0.1 | $ 425.00 | $ 42.50 |
| Sean Short | 09/09/2024 | Conference with staff regarding call from client; case status. | 0.1 | $ 255.00 | $ 25.50 |
| Sean Short | 09/27/2024 | Compose electronic communication to opposing counsel regarding scheduling time to discuss case. | 0.1 | $ 255.00 | $ 25.50 |
| Sean Short | 10/02/2024 | Receive, read and prepare response to email(s) from opposing counsel regarding case status. | 0.1 | $ 255.00 | $ 25.50 |
| Sean Short | 11/11/2024 | Telephone Conference(s) with Opposing Counsel regarding discovery deadline; case status. | 0.1 | $ 255.00 | $ 25.50 |
| Sean Short | 11/12/2024 | Receive, read and prepare response to email(s) from opposing counsel regarding scheduling time to discuss case. | 0.1 | $ 255.00 | $ 25.50 |
| Sean Short | 11/12/2024 | Receive, read and prepare response to email(s) from opposing counsel regarding joint motion for extension of deadlines and proposed order. | 0.1 | $ 255.00 | $ 25.50 |
| Sean Short | 11/12/2024 | Examination of joint motion for extension of deadlines and proposed order. | 0.1 | $ 255.00 | $ 25.50 |
| Josh Sanford | 11/13/2024 | Examination of Minute Entry | 0.1 | $ 425.00 | $ 42.50 |
| Sean Short | 12/09/2024 | Conference with JS regarding call with opposing counsel; case status. | 0.1 | $ 255.00 | $ 25.50 |
| Sean Short | 12/09/2024 | Telephone Conference(s) with Opposing Counsel | 0.7 | $ 255.00 | $ 178.50 |
| Sean Short | 12/09/2024 | Work on Client's file: review case file; prepare for call with opposing counsel. | 0.5 | $ 255.00 | $ 127.50 |
| Sean Short | 12/11/2024 | Editing and revision of damage calculations for Plaintiff Richbow; compose email to opposing counsle regarding settlement demand. | 0.8 | $ 255.00 | $ 204.00 |
| Sean Short | 01/08/2025 | Receive, read and prepare response to email(s) from opposing counsel regarding extending discovery deadline. | 0.1 | $ 255.00 | $ 25.50 |
| Josh Sanford | 01/13/2025 | Examination of Order | 0.1 | $ 425.00 | $ 42.50 |
| Josh Sanford | 01/13/2025 | Examination of Joint Motion | 0.1 | $ 425.00 | $ 42.50 |
| Sean Short | 01/13/2025 | Receipt and review of draft motion to extend discovery deadline and amended scheduling order; reply to email from opposing counsel regarding the same. | 0.2 | $ 255.00 | $ 51.00 |
| Sean Short | 02/20/2025 | Conference with paralegal regarding call from client; case status. | 0.1 | $ 255.00 | $ 25.50 |

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Sean Short | 03/12/2025 | Receive, read and prepare response to email(s) from opposing counsel regarding case status; next steps. | 0.1 | $ 255.00 | $ 25.50 |
| Josh Sanford | 03/14/2025 | Examination of Joint Motion and Clerk's Notice | 0.1 | $ 425.00 | $ 42.50 |
| Josh Sanford | 03/18/2025 | Examination of Order | 0.1 | $ 425.00 | $ 42.50 |
| Sean Short | 05/08/2025 | Compose electronic communication to opposing counsel regarding settlement demand; discovery deadline. | 0.1 | $ 255.00 | $ 25.50 |
| Sean Short | 05/13/2025 | Telephone Conference(s) with Opposing Counsel regarding case deadlines; settlement demand. | 0.2 | $ 255.00 | $ 51.00 |
| Sean Short | 05/14/2025 | Examination of order granting motion for extension of time to complete discovery. | 0.1 | $ 255.00 | $ 25.50 |
| Sean Short | 05/14/2025 | Receive, read and prepare response to email(s) from opposing counsel regarding motion and order for extending discovery deadline. | 0.1 | $ 255.00 | $ 25.50 |
| Sean Short | 05/14/2025 | Examination of motion and order for extending discovery deadline. | 0.1 | $ 255.00 | $ 25.50 |
| Sean Short | 06/09/2025 | Examination of Defendant's motion for leave of absence. | 0.1 | $ 255.00 | $ 25.50 |
| Sean Short | 07/14/2025 | Receive, read and prepare response to email(s) from opposing counsel regarding status report; supplemental disclosures. | 0.1 | $ 255.00 | $ 25.50 |
| Sean Short | 07/14/2025 | Preparation and drafting of supplemental disclosures. | 0.3 | $ 255.00 | $ 76.50 |
| Sean Short | 07/14/2025 | Telephone Conference(s) with Opposing Counsel regarding settlement demand; case status. | 0.2 | $ 255.00 | $ 51.00 |
| Sean Short | 07/18/2025 | Receive, read and prepare response to email(s) from paralegal regarding message from client; case status. | 0.1 | $ 255.00 | $ 25.50 |
| Sean Short | 09/18/2025 | Telephone Conference(s) with Opposing Counsel regarding case status; next steps. | 0.1 | $ 255.00 | $ 25.50 |
| Sean Short | 09/23/2025 | Work on Client's file: examination of damage calculations and settlement offer. | 0.3 | $ 255.00 | $ 76.50 |
| Sean Short | 09/25/2025 | Telephone Conference(s) between Attorney and Client regarding case status. | 0.2 | $ 255.00 | $ 51.00 |
| Sean Short | 09/29/2025 | Compose, prepare and send correspondence to Client regarding case status. | 0.2 | $ 255.00 | $ 51.00 |
| Sean Short | 09/29/2025 | Compose electronic communication to paralegal regarding client correspondence. | 0.1 | $ 255.00 | $ 25.50 |

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Sean Short | 10/03/2025 | Receive, read and prepare response to email(s) from opposing counsel regarding settlement offer. | 0.2 | $ 255.00 | $ 51.00 |
| Sean Short | 10/06/2025 | Receive, read and prepare response to email(s) from opposing counsel regarding draft status report. | 0.1 | $ 255.00 | $ 25.50 |
| Sean Short | 10/06/2025 | Examination of draft joint status report. | 0.1 | $ 255.00 | $ 25.50 |
| Sean Short | 10/06/2025 | Receipt and review of email from opposing counsel regarding joint status report. | 0.1 | $ 255.00 | $ 25.50 |
| Sean Short | 10/09/2025 | Examination of order staying case. | 0.1 | $ 255.00 | $ 25.50 |
| Sean Short | 10/30/2025 | Receive, read and prepare response to email(s) from opposing counsel regarding draft settlement agreement; preparing motion for approval of settlement. | 0.1 | $ 255.00 | $ 25.50 |
| Sean Short | 11/03/2025 | Compose electronic communication to AS regarding client correspondence; case status. | 0.1 | $ 255.00 | $ 25.50 |
| Sean Short | 11/04/2025 | Preparation and drafting of joint motion for approval of settlement for Plaintiffs Yarbrough and Richbow. | 1.5 | $ 255.00 | $ 382.50 |
| Sean Short | 11/04/2025 | Preparation of billing spreadsheet for joint motion for approval of settlement for Plaintiffs Yarbrough and Richbow. | 0.4 | $ 255.00 | $ 102.00 |
| EXPENSE | 6/1/22 | Filing Fee Paid for JCBF Legal | | N/A | $ 402.00 |
| EXPENSE | 7/22/22 | JS PHV Fee Paid to DCBF Legal | | N/A | $ 200.00 |
| EXPENSE | 7/22/22 | Service Fee to ABC Legal Services | | N/A | $ 73.50 |
| EXPENSE | 12/2/22 | PW PHV Fee | | N/A | $ 200.00 |
| | | Total Hours: | 47.2 | Total Billing and Costs: | $ 16,481.00 |