IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| JAMES YARBROUGH, et al., | Civil Action File No. CV122-070 |
| Plaintiffs, | |
| v. | **RENEWED JOINT MOTION FOR APPROVAL OF SETTLEMENT RE: PLAINTIFFS JAMES YARBROUGH AND ADAM RICHBOW** |
| GEORGIA-CAROLINA STUCCO, INC., | |
| Defendant. | |

## DECLARATION OF ATTORNEY JOSH SANFORD

Pursuant to 28 U.S.C. § 1746, Josh Sanford declares, subject to the penalties for perjury, as follows:

1. My name is Josh Sanford, and I am over the age of 18 and duly qualified to execute this Declaration and to swear to the accuracy of the facts herein contained.

2. I am an attorney licensed in the State of Arkansas. I practice law with the law firm of Sanford Law Firm, PLLC (hereinafter "Sanford Law Firm"), which is located in Little Rock, Arkansas, and which I founded in Russellville, Arkansas in 2001. I opened an office in Little Rock in 2009 and now predominantly practice in the Arkansas District Courts, but have developed a busy practice in federal District Courts throughout the United States.

3. I practice law full-time, and I manage the other attorneys in the Sanford Law Firm.

4. I have prosecuted over 150 wage lawsuits in Texas in the last three years.

5. I have prosecuted over 500 wage lawsuits in Arkansas in the last seven years.

Page 1 of 6
James Yarbrough, et al. v. Georgia-Carolina Stucco, Inc.
U.S.D.C. (S.D. Ga.) No. 1:22-cv-70-JRH-BKE
Renewed Joint Motion for Approval of Settlement Re: Plaintiffs James Yarbrough and Adam Richbow

6. In the course of my law practice, I engage in a significant amount of wage and hour litigation—specifically cases arising under the Fair Labor Standards Act (FLSA) and the comparable Arkansas Minimum Wage Act (AMWA). A significant portion of my case load is in various federal courts around the United States, including trial work in cases arising under Title VII of the Civil Rights Act of 1964, the Equal Pay Act, the FLSA, and the Family and Medical Leave Act.

7. I am licensed to practice law in all state and federal courts in the States of Arkansas, Colorado and Texas. I am also actively engaged in appellate practice. I have handled cases before almost all county Circuit Courts in the Central and River Valley regions of Arkansas, the United States District Courts for the Eastern and Western Districts of Arkansas, the United States District Courts for the Eastern, Southern, Northern and Western Districts of Texas, the United State District Court for the Northern District of Oklahoma, the United States District Court for the Southern District of Ohio, the United States District Court for the District of Colorado, the United States District Court for the Eastern District of Michigan, the United States District Court for the District of Oregon, and the Fifth, Sixth and Eighth Circuit Courts of Appeals.

8. Within the past few years, Sanford Law Firm has also filed cases in the federal district courts in Kentucky, North Carolina, South Carolina, Florida, Georgia, Alabama, Mississippi, Georgia, Louisiana, Missouri and Illinois.

9. I have been lead counsel on numerous wage and hour cases filed in United States District Courts throughout the nation, including the following: *Craig Lyons, et al. v. Con Agra*, 4:12-cv-245-JM (E.D. Ark.) (over 790 plaintiffs); *Keyli Cruthis, et al. v. Visions, et al.*, 4:12-cv-244-KGB (E.D. Ark.); *James Finley v. Universal Pressure Pumping, Inc.*, SA:12-ca-0654-OG (Western District of Texas); *Michael Alexander v. Hahn Appliance Center, Inc.*, 12-CV-257-CVE-

Page 2 of 6
James Yarbrough, et al. v. Georgia-Carolina Stucco, Inc.
U.S.D.C. (S.D. Ga.) No. 1:22-cv-70-JRH-BKE
Renewed Joint Motion for Approval of Settlement Re: Plaintiffs James Yarbrough and Adam Richbow

TWL (N.D. Okla.); *Chad Lochridge, et al. v. Lindsey Management, et al.*, 5:12-CV-5047-JLH (W.D. Ark.); *Bill Hollomon, et al. v. AT&T Mobility Services, LLC*, 4:11-cv-600-BRW (E.D. Ark.); *Jeffrey Bacon, et al. v. Eaton Aeroquip, LLC*, 2:11-cv-14103-GD (E.D. Mich.); *Karen "Kay" Roland v. Sharp County Post 336, et al.*, 1:11-CV-85-DPM (E.D. Ark.); *Bennie Watson, et al. v. Surf-Frac Wellhead Equipment Company, Inc.*, 4:11-CV-843 (JLH) (E.D. Ark.); *Robert Terry, et al. v. City of Ola*, 4:11-cv-11-645 (JLH) (E.D. Ark.); *Donald Bateman, et al. v. Frac Tech Services, LLC*, 6:11-cv-708 (E.D. Tex.); *Kalie Brown, et al. v. Barney's Barn, Inc., d/b/a/ Peaches Gentlemen's Club*, 4:11-cv-224 (SWW) (E.D. Ark.); *Jason Phillips v. Oil Patch Water and Sewer Services, LLC, et al.*, 4:11-cv-776 (JLH) (E.D. Ark.); *David Delock, et al. v. Securitas Security Services USA, et al.*, 4:11-CV-520 (DPM) (E.D. Ark.); *Karen Springs, et al. v. First Student, Inc.*, 4:11-CV-00240 (BSM) (E.D. Ark.); *Teramura v. Walgreen Co.*, 5:12-cv-5244-JLH (W.D. Ark.), and many others.

10. I have also been lead counsel on numerous wage and hour cases that resulted in settlements or judgments in favor of my clients including the following: *Coby Pearce v. Frac Tech Services, LLC*, No. 4:12-cv-651-JLH (E.D. Ark.); *Nicole Collins v. Barney's Barn, Inc., et al.*, No. 4:12-cv-685-SWW (E.D. Ark.); *Joseph Gauthier, et al. v. Trican Well Service, L.P.,* No. 6:13-cv-46-LED (E.D. Tex.); *Jason Roche, et al. v. S-3 Pump Service, Inc.,* No. 5:15-cv-268-XR (W.D. Tex.); *Kristen Whitworth, et al. v. French Quarter Partners, LLC,* No. 6:13-cv-6003-RTD (W.D. Ark.); *Robert Terry v. Yell County Ark.,* No. 4:13-cv-408-SWW (E.D. Ark.); *Jessica Guinn v. D J Trucking*, No. 4:13-cv-559- KGB (E.D. Ark.); *Maria Romero de Lopez, et al. v. Ozark Mountain Poultry, Inc.,* No. 5:13- cv-5272-TLB (W.D. Ark.); *Sean Jordan v. Big E. Foods, Inc.,* No. 4:14-cv-205-BRW (E.D. Ark.); *Patricia Hernandez, et al. v. Simmons Foods, Inc.,* No. 5:14-cv-5159-JLH (W.D. Ark.); *Sean Schneider v. Habitat for Humanity International, Inc.,* No. 5:14-cv-5230-

Page 3 of 6
James Yarbrough, et al. v. Georgia-Carolina Stucco, Inc.
U.S.D.C. (S.D. Ga.) No. 1:22-cv-70-JRH-BKE
Renewed Joint Motion for Approval of Settlement Re: Plaintiffs James Yarbrough and Adam Richbow

TLB (W.D. Ark.); *Pedro Espinoza v. Car-Son Construction, LLC*, No. 4:14-cv-467-KGB (E.D. Ark.); *Sheila Lyles v. City of Trumann, Ark.,* No. 3:14-cv-210-DPM (E.D. Ark.); and *Kellie McCartney v. Baily and Thompson Tax and Accounting, P.A.,* No. 4:14-cv-561-SWW (E.D. Ark.).

11. I have also been lead counsel on several wage and hour cases in which collective actions have been granted including *Sam Adams v. United Cerebral Palsy of Central Ark., Inc.*, No. 4:16-cv-930-JLH (E.D. Ark.); *James Harris, et al. v. Express Courier International, Inc.*, No. 5:16-cv-5033-TLB (W.D. Ark.); and *Dustin Moore, et al. v. Performance Pressure Pumping Services, LLC*, No. 5:15-cv-432-XR (W.D. Tex.), and dozens of others.

12. Since January of 2015, Sanford Law Firm has filed and prosecuted over 750 distinct wage lawsuits throughout Arkansas and Texas, including those still pending. Many of these lawsuits are (or were, if they have been resolved) group or collective actions, as well as several class actions under Rule 23.

13. Collectively, cases filed by the Sanford Law Firm since 2009 have resulted in far more than $11,000,000.00 in settlement and judgment money for wage and hour violations for more than two thousand (2,000) clients across the nation.

14. The rates charged by Sanford Law Firm's attorneys are reasonable. The rates are reflective of the number of years each attorney has practiced, the attorneys' expertise in employment issues such as the FLSA, and the rates charged by other attorneys specializing in FLSA work. The staff time and hourly rate for the Sanford Law Firm below are likewise reasonable and comparable.

15. Each attorney's hourly rates are supported by their skills and experience, some of which are described more thoroughly below:

    a. Attorney Sean Short graduated from Washington University in St. Louis School of Law in 2013. Since 2016, Mr. Short's legal practice has focused almost exclusively

Page 4 of 6
James Yarbrough, et al. v. Georgia-Carolina Stucco, Inc.
U.S.D.C. (S.D. Ga.) No. 1:22-cv-70-JRH-BKE
Renewed Joint Motion for Approval of Settlement Re: Plaintiffs James Yarbrough and Adam Richbow

    on prosecuting wage and hour violations under the FLSA and AMWA in district courts throughout the country. In his ten years at Sanford Law Firm, Mr. Short has served as lead counsel in more than 50 FLSA cases and as co-counsel in excess of 300 FLSA matters, where he has successfully represented thousands of plaintiffs and opt-in plaintiffs through settlement or trial in some of the largest FLSA collective actions in Arkansas. Prior to practicing wage and hour litigation, Mr. Short worked in the litigation department at an international law firm in Bangkok, Thailand where he worked on cross-border matters involving Thai, Burmese, and American law.

b. Attorney Patrick Wilson graduated from the Jacob D. Fuchsberg Law Center, Long Island, NY in 2006. Mr. Wilson has been a member of the New York Bar since 2007 and the Arkansas Bar since 2021. For fourteen years, Mr. Wilson worked with Staff Counsel for Allstate Insurance Company as a Senior Trial Attorney before moving to Arkansas and joining the Sanford Law Firm. As a Trial Attorney, Mr. Wilson litigated numerous personal injury, property damage and subrogation cases, conducted arbitrations and mediations.

c. Attorney Anna Stiritz is a 1991 graduate of the University of Arkansas at Little Rock, William H. Bowen School of Law. Ms. Stiritz received her undergraduate degree from Wheaton College in 1989. Ms. Stiritz initially focused her practice on adoption-related cases as well as dependency-neglect cases in juvenile court but has since focused her practice on the Sanford Law Firm's employment practice, including an emphasis on managing and coordinating with class members in the firm's FLSA-based collective actions.

d. Attorney Courtney Lowery graduated magna cum laude from the University of Arkansas at Little Rock, William H. Bowen School of Law in 2019. She served on the Law Review Editorial Board and was a member of the Student Animal Legal Defense Fund as well as the student chapter of Arkansas Association of Women Lawyers. During law school, Ms. Lowery was a law clerk for the Sanford Law Firm and joined the firm after taking the Arkansas Bar Exam. Both as a law clerk and an attorney with SLF, her practice focused heavily on employment law litigation. While at the Sanford Law Firm, Ms. Lowery became an expert in screening and drafting FLSA claims and obtained favorable settlements for several clients.

e. Attorney Vanessa Kinney is a 2007 high honors graduate of the University of Arkansas at Little Rock, William H. Bowen School of Law, graduating eighth in her class. While attending law school, Ms. Kinney was a member of the University of Arkansas at Little Rock Law Review, and had an article published in the Winter of 2006 issue. While attending Law School, Ms. Kinney served in the Law School's Litigation Clinic under special license to practice law under the supervision of a licensed attorney. Since joining Sanford Law Firm, Ms. Kinney has served as both lead attorney and co-counsel on bench and jury trials in both federal and state courts. Ms. Kinney has practiced in wage and hour, particularly the FLSA and AMWA, work since 2010. She currently focuses primarily on briefing issues in

Page 5 of 6
James Yarbrough, et al. v. Georgia-Carolina Stucco, Inc.
U.S.D.C. (S.D. Ga.) No. 1:22-cv-70-JRH-BKE
Renewed Joint Motion for Approval of Settlement Re: Plaintiffs James Yarbrough and Adam Richbow

      FLSA cases, and has briefed several appeals to the Eighth Circuit

    f. Attorney Samuel Brown graduated cum laude from the University of Arkansas at Little Rock, William H. Bowen School of Law in 2020. During law school, Mr. Brown clerked at several law firms as well as the Arkansas Municipal League. Mr. Brown also completed an externship with the Honorable Magistrate Judge Beth Deere in the Eastern District of Arkansas. While at SLF, Mr. Brown's practice particularly emphasized settlements in wage and hour cases under the FLSA. Mr. Brown capably administered and finalized several FLSA wage case settlements per week while with SLF.

    g. Attorney Stacy Gibson graduated cum laude from the University of Arkansas School of Law in 2014. While attending law school. Ms. Gibson was a Note and Comment Editor for the Journal of Food Law & Policy. During her time with SLF, Ms. Gibson litigated family law, probate, and general civil matters throughout the state before focusing her practice on FLSA cases. She served as co-counsel on numerous single-plaintiff and collective action FLSA cases in Arkansas district courts and in arbitration, as well as served as lead counsel in a collective action for a group of 189 plaintiffs in the Southern District of Mississippi.

16. Until recently, the Sanford Law Firm's work focused on representing workers in employment matters, and its lawyers focused their practices in the area of the FLSA and similar wage-and-hour cases. In the community of attorneys who focus their practice in this area of the law, the Sanford Law Firm has a strong reputation for its quality of work and diligent representation of its clients.

17. The hourly rates reflected in this Declaration reflect SLF's overall litigation experience as well as its expanded expertise in FLSA matters. The rates are consistent with the prevailing market rates for similar legal services and reflect the firm's depth of experience, particularly in complex wage-and-hour and data breach litigation.

**PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed on this 10th day of February, 2026.

                                              */s/ Josh Sanford*
                                              **JOSH SANFORD**

Page 6 of 6
James Yarbrough, et al. v. Georgia-Carolina Stucco, Inc.
U.S.D.C. (S.D. Ga.) No. 1:22-cv-70-JRH-BKE
Renewed Joint Motion for Approval of Settlement Re: Plaintiffs James Yarbrough and Adam Richbow